Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street, #559
Rancho Cucamonga, CA 91701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Wyatt Buls, individually and on behalf of all others similarly situated

Plaintiff(s)

v.

DHTLA MOTORS, LLC d/b/a HYUNDAI OF DOWNTOWN LA

Defendant(s).

CASE NUMBER

2:25-cv-03128-DSF-AS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Miller, Cassandra P.                     of    STRAUSS BORRELLI PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    980 N. Michigan Avenue, Suite 1610
(872) 263-1100           (872) 263-1109                          Chicago, IL 60611
*Telephone Number*       *Fax Number*
cmiller@straussborrelli.com
*E-Mail Address*                                                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Wyatt Buls

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
Oliver, Dana J.                          of    OLIVER LAW CENTER, INC.
*Designee's Name (Last Name, First Name & Middle Initial)*       8780 19th Street #559
   291082           855-384-3262     888-570-2021                Rancho Cucamonga, CA 91701
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dana@danaoliverlaw.com
*E-Mail Address*                                                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge