UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WYATT BULS, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-03128-DSF (ASx) |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** |
| DHTLA MOTORS, LLC d/b/a HYUNDAI OF DOWNTOWN LA | |
| Defendants. | District Judge:  Hon. Dale S. Fischer<br>Courtroom:  7D |
| | Complaint filed: April 10, 2025 |
| | Final PTC:  March 29, 2027<br>Trial Date:  April 20, 2027 |

Having reviewed and considered the Stipulated Protective Order filed by Plaintiff Wyatt Buls and Defendant DTHLA Motors, LLC dba Hyundai of Downtown Los Angeles (collectively, the "Parties") concurrently with this Proposed

- 1 -

Order, and good cause appearing, the Parties' Stipulated Protective Order is hereby entered.

**IT IS SO ORDERED.**

_____        _____
           Dated                                             Hon. Dale S. Fischer
                               United States District Judge

- 2 -