# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| WYATT BULS | | 2:25–cv–03128–DSF–AS |
| | Plaintiff(s), | |
| v. | | |
| DHTLA MOTORS LLC | | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| | Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    5/21/2026

Document No.:    31

Title of Document:    STIPULATION for Protective Order

**ERROR(S) WITH DOCUMENT:**

Correct event to be used is: Civil Motions –> Motions and Related Filings –> Discovery Motions –> Protective Order.. Parties failed to e–mail a red–lined version of the proposed Joint Motion for Stipulated Protective Order to the Court to highlight all differences between the submitted order and the model order.

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: May 21, 2026            By:  /s/ *Teagan C Snyder  teagan_snyder@cacd.uscourts.gov*
                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS



**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS