# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| WYATT BULS | 2:25−cv−03128−DSF−AS |
| Plaintiff(s), | |
| v. | |
| DHTLA MOTORS LLC | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 5/21/2026 | 31 | STIPULATION for Protective Order |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

1.) Parties are directed to e−mail [DO NOT RE−FILE] a red−lined version of the proposed Joint Motion for Stipulated Protective Order to the Court to highlight all differences between the submitted order and the model order. 2.) Refer to Judge Sagar's Procedures and Schedules http://www.cacd.uscourts.gov/honorable−alka−sagar.

DATED: May 21, 2026             /s/ *Alka Sagar*
United States Magistrate Judge

G–112B (07/24)    **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**