ADAM BOWSER (*Pro Hac Vice*)
adam.bowser@afslaw.com
GARY D. BROPHY (SBN 307395)
gary.brophy@afslaw.com
ANDREA M. GUMUSHIAN (SBN 342528)
andrea.gumushian@afslaw.com
**ARENTFOX SCHIFF LLP**
555 South Flower Street, 43rd Floor
Los Angeles, California 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
DTHLA MOTORS, LLC dba HYUNDAI OF DOWNTOWN LOS ANGELES (erroneously sued and served as DHTLA MOTORS, LLC d/b/a HYUNDAI OF DOWNTOWN LA)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WYATT BULS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DHTLA MOTORS, LLC d/b/a HYUNDAI OF DOWNTOWN LA

Defendants.

Case No. 2:25-cv-03128-DSF (ASx)

**CLASS ACTION**

**JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF DATE**

Filed Concurrently with [Proposed] Order

District Judge: Hon. Dale S. Fischer
Courtroom: 7D

Complaint filed: April 10, 2025

Plaintiff Wyatt Buls ("Plaintiff") and Defendant DTHLA Motors, LLC dba Hyundai of Downtown Los Angeles (erroneously sued and served as DHTLA Motors, LLC d/b/a Hyundai of Downtown LA) ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

On April 10, 2025, Plaintiff filed his complaint. Plaintiff served his First Set of Discovery Requests on June 8, 2025, Defendant served responses on August 15, 2025, and Defendant served further responses to that First Set on January 5, 2026. On December 2, 2025, Plaintiff served a Second Set of Discovery Requests consisting of request for detailed call records for each outbound telemarketing call during the putative class period, and a request for all documents evidencing written consent to place those calls. Defendant served objections to both requests.

Defendant has been working diligently to locate any relevant call records that Defendant is not sure exist and is currently working with its calling vendor to obtain any additional call records that may exist for the two years prior to the records already produced.

Although the Parties have been diligently litigating this action, good cause exists to continue the discovery deadline currently set for September 15, 2026 to December 15, 2026 to account for the additional time necessary to complete discovery. The deadline for the Parties to file any discovery-related motions, currently set for September 15, 2026, must also be continued for the same reasons to December 31, 2026;

Additionally, the Parties agree to revise the Expert Witness Exchange deadline currently set for October 6, 2026 with a rebuttal date of October 27, 2026 with a cutoff date set for November 17, 2026. Based on adjustments to the discovery deadlines dates, good cause exists to extend the Expert Witness Exchange deadline from October 6, 2026 to January 4, 2027 and rebuttal deadline from October 27, 2026

to January 25, 2027, and to revise the cutoff date from November 17, 2026 to February 16, 2027, to account for the additional time necessary to complete discovery. The related motion hearing cut-off date, currently set for January 11, 2027, must also be extended for the same reasons to April 12, 2027.

These new dates will allow the Parties the time necessary to complete written discovery, analyze the produced and any additional call records, address consent-related materials after expert analysis, explore settlement, and prepare any related motions.

By and through their respective counsel, the Parties hereby stipulate and agree and respectfully request that the Court issue an order continuing the discovery cutoff to December 15, 2026 and the discovery motion deadline to December 31, 2026, or dates thereafter that are convenient for the Court, to allow the Parties sufficient time to conduct discovery and resolve this matter in light of the foregoing discovery history. Further, the Parties request that the Court extend the Expert Witness Exchange deadline from October 6, 2026 to January 4, 2027 and rebuttal deadline from October 27, 2026 to January 25, 2027, the cutoff date from November 17, 2026 to February 16, 2027, and the related motion hearing cut-off date from January 11, 2027 to April 12, 2027.

The Parties do not believe that continuing the discovery dates will cause prejudice to any party. Rather, the Parties believe the requested continuance will further the interests of efficiency by allowing the Parties the time necessary to complete and analyze the outstanding discovery, conduct any necessary depositions, prepare any related motions, and continue efforts to resolve this matter.

///

///

///

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The discovery cut off presently set for September 15, 2026 shall be continued to December 15, 2026, or to a later date that the Court deems proper; and
2. The deadline for the Parties to file any discovery related motions, currently set for September 15, 2026, shall be continued to December 31, 2026.
3. The deadline for Expert Witness Exchange presently set for October 6, 2026, shall be revised to January 4, 2027. The revised rebuttal date of October 27, 2026 shall be continued to January 25, 2027, and the cutoff date from November 17, 2026 to February 16, 2027.
4. The deadline for the discovery Motion Hearing, currently set for January 11, 2027, shall be continued to April 12, 2027, or to a later date that the Court deems proper.

**IT IS SO STIPULATED.**

Dated: September 14, 2026 **PARONICH LAW, P.C.**

By: /s/ Anthony Paronich
Anthony Paronich
Attorney for Plaintiff
WYATT BULS

Dated: September 14, 2026 **OLIVER LAW CENTER, INC.**

By: /s/ Dana J. Oliver
Dana J. Oliver
Attorneys for Plaintiff Wyatt Buls, individually and on behalf of all others similarly situated

Dated: September 14, 2026 **STRAUSS BORRELLI PLLC**

By: /s/ Carly Roman
Carly Roman
Cassandra P. Miller
Attorney for Plaintiff
WYATT BULS

Dated: September 14, 2026 **ARENTFOX SCHIFF LLP**

By: [signature]
Adam Bowser
Gary D. Brophy
Andrea M. Gumushian
Attorneys for Defendant
DHTLA MOTORS, LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Andrea Gumushian, attest that each of the other Signatories have concurred in the filing of this document.

By: [signature]
Andrea M. Gumushian