UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WYATT BULS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DHTLA MOTORS, LLC d/b/a HYUNDAI OF DOWNTOWN LA

Defendants.

Case No. 2:25-cv-03128-DSF (ASx)

**CLASS ACTION**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF DATE**

## [PROPOSED] ORDER

**IT IS ORDERED THAT:**

1. The discovery cut off presently set for September 15, 2026 shall be continued to December 15, 2026, or to a later date that the Court deems proper; and

2. The deadline for the Parties to file any discovery related motions, currently set for September 15, 2026, shall be continued to December 31, 2026.

3. The deadline for Expert Witness Exchange presently set for October 6, 2026, shall be revised to January 4, 2027. The revised rebuttal date of October 27, 2026 shall be continued to January 25, 2027, and the cutoff date from November 17, 2026 to February 16, 2027.

4. The deadline for the discovery Motion Hearing, currently set for January 11, 2027, shall be continued to April 12, 2027, or to a later date that the Court deems proper.

Dated: ______________________

______________________________
Hon. Dale S. Fischer, United States District Judge