Carly Roman (CA Bar. No. 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
croman@straussborrelli.com

*(Additional Counsel Listed on Signature Page*)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION AT LOS ANGELES**

**WYATT BULS**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**DHTLA MOTORS, LLC** d/b/a **HYUNDAI OF DOWNTOWN LA**,

Defendant.

Case No. 2:25-cv-03128-DSF-AS

Honorable Magistrate Judge Alka Sagar

**NOTICE OF MOTION AND JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL CALLING DATA PURSUANT TO LR 37-2**

Date: Thursday, November 5, 2026
Time: 10:00 a.m.
Location: Courtroom 540
Discovery Cutoff: December 15, 2026
Pretrial Conference: March 29, 2027
Trial: April 20, 2027

PLEASE TAKE NOTICE that, on **Thursday, November 5, 2026**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 540 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California 90012, Plaintiff Wyatt Buls will move, pursuant to Federal Rule of Civil Procedure 37 and Local Rules 37-2 and 37-3, for an order compelling Defendant DHTLA Motors, LLC d/b/a Hyundai of Downtown

LA ("Defendant") to produce documents responsive to Request for Production No. 1 of Plaintiff's Second Set of Discovery Requests.

The motion seeks an order requiring Defendant to produce the outbound call records requested in RFP No. 1, including records containing the date and time, caller ID, recorded message used, result, identifying information for the recipient, and other information stored in Defendant's call-detail records, for the relevant period and in a reasonably usable electronic format.

RESPECTFULLY SUBMITTED this 28th day of September, 2026.

*/s/Carly M. Roman*
Carly M. Roman, CA Bar. No. 349895
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*/s/ Dana J. Oliver, Esq.*
Dana J. Oliver, CA Bar. No. 291082
**OLIVER LAW CENTER, INC.**
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: 855-384-3262
Facsimile: 888-570-2021

*/s/ Anthony I. Paronich*
Anthony I. Paronich
(*pro hac vice forthcoming*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: 617-738-7080
Facsimile: 617-830-0327

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Carly Roman, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Date: September 28, 2026

*/s/ Carly Roman*
Carly Roman
CA Bar. No. 349895
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*