Carly Roman, SBN #349895
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION AT LOS ANGELES**

WYATT BULS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DHTLA MOTORS, LLC,
*doing business as:*
HYUNDAI OF DOWNTOWN LA,

Defendant.

No. 2:25-cv-03128-DSF-AS

Hon. Magistrate Judge Alka Sagar

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL CALLING DATA PURSUANT TO LR 37-2**

Date: Thursday, November 5, 2026
Time: 10:00 A.M. Pacific Time
Location: Courtroom 540
Discovery Cutoff: December 15, 2026
Pretrial Conference: March 29, 2027
Trial: April 20, 2027

UPON CONSIDERATION of Plaintiff's notice of motion and motion to compel calling data, the joint stipulation of the parties regarding outstanding calling data from Defendant, and Plaintiff's supplemental memorandum in support of the motion to compel, this Court hereby GRANTS Plaintiff's motion to compel.

Defendant shall, within fourteen days of entry of this order, produce all responsive outbound calling records for the full putative class period (April 10, 2021 to present date), including any and all records maintained by outside and/or third-party vendor(s). The production should include the information identified in Plaintiff's Request for Production No. 1 and be produced in a usable electronic format (such as native Excel, CSV, or TXT files).

IT IS SO ORDERED.

____________________ ___________________________________

Date Hon. Magistrate Judge Alka Sagar

Presented by:

Carly Roman, SBN #349895
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and the Putative Class*